IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MONROE B. RANDLE**     **PLAINTIFF**

**v.**     **No. 1:19CV194-JMV**

**REGINA REED, ET AL.**     **DEFENDANTS**

### ORDER TRANSFERRING CASE TO THE
### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI

This matter comes before the court, *sua sponte*, for consideration of the transfer of this cause. Monroe Randle, a *pro se* prisoner, has submitted a complaint alleging unconstitutional conditions of confinement under 42 U.S.C. § 1983. The events giving rise to the instant complaint occurred in the South Mississippi Correctional Institution in Leakesville, Mississippi in late 2019. This court does not have the power to address the issues in the instant complaint because the South Mississippi Correctional Institution lies outside its territorial jurisdiction. The federal court which can exercise territorial jurisdiction in this case is the United States District Court for the Southern District of Mississippi, and, in the interest of justice and judicial economy, it is **ORDERED:**

    1) That this case will be transferred to the United States District Court for the Southern District of Mississippi;

    2) That the Clerk of Court is directed to transfer the complaint and the entire record to the United States District Court for the Southern District of Mississippi; and

    3) This case is **CLOSED.**

**SO ORDERED**, this, the 7th day of May, 2020.

                                                          /s/ Jane M. Virden
                                                           UNITED STATES MAGISTRATE JUDGE